UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIZETT IBARRA,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>            Defendants. | Case No. 23-cv-02049-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Re: Dkt. No. 21 |

On June 12, 2023, Ms. Ibarra filed a notice informing the Court that she had reached a settlement with all defendants in this matter. Dkt. No. 21. All previously scheduled deadlines and appearances in the case are vacated.

On or before **September 11, 2023**, the parties shall file notice or stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A). Rule 41(a)(1)(A) permits the plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. One defendant, Experian Information Solutions, Inc. ("Experian"), has filed an answer (Dkt. No. 15), so the parties must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii). For the other remaining defendants, a notice of dismissal pursuant to Rule 41(a)(1)(i) will suffice.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **September 19, 2023** at 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **September 11, 2023** advising as to (1) the status of the activities of the parties in

finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissals. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this order.

**IT IS SO ORDERED.**

Dated: July 13, 2023

_Virginia K. DeMarchi_
VIRGINIA K. DEMARCHI
United States Magistrate Judge